ELLIOT ENOKI
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2001

at \_\_ o'clock and \_\_ min \_\_ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL WAYNE SAMFONG, and   (01)<br>MAURICE ANTHONY ARRISGADO,   (02)<br><br>           Defendants. | CR. NO. 01-00155 (DAE)<br><br>SUPERSEDING INDICTMENT<br><br>[21 U.S.C. § 841(a)(1)<br>and 18 U.S.C. § 2] |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about April 18, 2001, in the District of Hawaii, defendants

MICHAEL WAYNE SAMFONG and
MAURICE ANTHONY ARRISGADO

each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute in excess of 50 grams of methamphetamine, to wit,

approximately 445.5 grams of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and, Title 18, United States Code, Section 2.

DATED: May 10, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LOUIS A. BRACCO
Assistant U.S. Attorney